IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA SMITH CAPOBIANCO | : | CIVIL ACTION NO. **3:CV-04-0320** |
| | : | |
| | : | Magistrate Judge Blewitt |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| CAMELBACK SKI CORP. | : | |
| | : | |
| Defendant | : | |

## ORDER and JUDGMENT

**AND NOW THIS 15th DAY OF June, 2005, IN ACCORDANCE WITH THE COURT'S MEMORANDUM, IT IS HEREBY ORDERED THAT** Defendant's Summary Judgment Motion **(Doc. 20)** is **DENIED.**

                                            **s/ Thomas M. Blewitt**
                                            **THOMAS M. BLEWITT**
                                            **United States Magistrate Judge**

**Dated: June 15, 2005**